UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK EMILIO BLANCO CRUZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF NORTHWEST ICE PROCESSING CENTER ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-03533-JHC<br><br>ORDER |

This matter comes before the Court on Petitioner's Ex Parte Emergency Motion for Application for Temporary Restraining Order. Dkt. # 3.

In this District, "[m]otions for temporary restraining orders without notice to and an opportunity to be heard by the adverse party are disfavored and will rarely be granted." LCR 65(b)(1); *see also Orozco Valle v. Scott*, 2025 WL 3471850, at *1 (W.D. Wash. Dec. 2, 2025) ("[E]x parte relief is extraordinary[.]"). And due to the Court's Scheduling Order at Dkt. # 5, Respondents shall file a return to the petition at Dkt. # 1 no later than October 5, 2026 and Respondents shall provide Petitioner at least seven days' notice prior to any action to move or transfer Petitioner from the Western District of Washington or to remove him from the United States. *See id.* The Court thus does not find that Petitioner has met the high standard for granting ex parte injunctive relief at this time.

Accordingly, the Court: (1) DENIES Petitioner's Motion for Application for Temporary Restraining Order (Dkt. # 3) without prejudice; (2) DIRECTS the parties to proceed with the briefing schedule for the petition set forth in the Court's Scheduling Order (Dkt. # 5); and (3) DIRECTS the Clerk to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 21st day of September, 2026.

John H. Chun
United States District Judge